UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :    INDICTMENT
        - v. -                      :
                                    :    07 Cr. ____
MARTIN RIVLIN,                      :
                                    :    07 CRIM. 524
              Defendant.            :
- - - - - - - - - - - - - - - - - -x

COUNT ONE

The Grand Jury charges:

1. From at least in or about January 1995 through in or about June 2003, in the Southern District of New York and elsewhere, MARTIN RIVLIN, the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, abstract, and convert to his own use and the use of another, moneys, funds, securities, premiums, credits, property, and other assets of an employee pension benefit plan and of funds connected therewith, to wit, RIVLIN fraudulently cashed pension benefit checks belonging to his father and issued by the Union Mutual Fund, a fund connected with an employee benefit plan subject to provisions of title I of the Employment Retirement Income Security Act of 1974, and falsely represented that his father was alive to cause the Fund to continue sending these checks.

(Title 18, United States Code, Section 664.)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MARTIN RIVLIN,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 664)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

June 12 2007
Indictment filed
Case assigned to Judge Stein

Feinman (SDNY)