

Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

August 3, 2007

BY FACSIMILE

Honorable Sidney H. Stein
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   **United States v. Martin Rivlin**
           07 Cr. 524 (SHS)

Dear Judge Stein:

    The parties in the above-referenced matter had been scheduled to appear before Your Honor on August 9, 2007, for a status conference. After conferring with Your Honor's deputy, the parties respectfully request that the matter be adjourned to September 5, 2007, at 4:00 p.m. The reason for this adjournment is that, as the Court is aware, the defense has submitted a request to the U.S. Attorney's Office that the charge against Mr. Rivlin be reduced to a misdemeanor, and this request is still under consideration by the Government.

    In addition, the parties respectfully request that the Court exclude time from August 9, 2007, to September 5, 2007, in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A), in order to provide the parties time to continue their ongoing discussions, ensure the effective assistance of counsel, and prevent any miscarriage of justice.

    Thank you for your consideration of this request.

                                            Respectfully Submitted

                                            Deirdre D. von Dornum
                                            Assistant Federal Defender
                                            Tel.: (212) 417-8767

cc:    A.U.S.A. Steve Kwok (via facsimile)

SO ORDERED 8/6/07
/s/ Sidney H. Stein