**JUDGE STEIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

MARTIN RIVLIN,

          Defendant.

- - - - - - - - - - - - - - - - -x

INDICTMENT

07 Cr. ____

**07 CRIM. 524**

## COUNT ONE

The Grand Jury charges:

1. From at least in or about January 1995 through in or about June 2003, in the Southern District of New York and elsewhere, MARTIN RIVLIN, the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, abstract, and convert to his own use and the use of another, moneys, funds, securities, premiums, credits, property, and other assets of an employee pension benefit plan and of funds connected therewith, to wit, RIVLIN fraudulently cashed pension benefit checks belonging to his father and issued by the Union Mutual Fund, a fund connected with an employee benefit plan subject to provisions of title I of the Employment Retirement Income Security Act of 1974, and falsely represented that his father was alive to cause the Fund to continue sending these checks.

(Title 18, United States Code, Section 664.)

_/s/ Joan L. Tighe_         _/s/ Michael J. Garcia_
FOREPERSON                MICHAEL J. GARCIA
                            United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2007