## UNION MUTUAL FUND
### 467 SYLVAN AVENUE
### ENGLEWOOD CLIFFS, NJ 07632

(201) 569-8180
(212) 695-7791

## AFFIDAVIT

STATE OF New York )
COUNTY OF New York )SS: 061·34-9/61

I, the undersigned, being Conservator for
__Solomon Rivlin__, who I state under oath is alive, do
(please print)
hereby acknowledge receipt of all pension checks to date and hereby affirm that I personally endorsed all pension checks from the Fund.

_____
SIGNATURE

I, being a Notary Public, hereby acknowledge that the person, whose signature appears above, is known to me and that I have witnessed and do verify the signature inscribed hereon.

DATE: 7/12/00

_____
NOTARY PUBLIC
FLORENCE J. GRANT.
Notary Public, State of New York
No. 31-4666492
Qualified in New York County
Commission Expires March 30, 2002

Pending receipt of this affidavit, no further checks will be forwarded to you. It is, therefore, in your best interest to give this matter your immediate attention.

00017