```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

        - against -                :      NOTICE OF APPEAL

MARTIN RIVLIN,                     :

               Defendant.          :

- - - - - - - - - - - - - - - - - -x
```

NOTICE IS HEREBY GIVEN that the United States of America appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order granting the Defendant's motion for a partial dismissal of the Indictment entered in this action on the 5th day of December, 2007.

Dated:   New York, New York
         December 28, 2007

                                   Respectfully submitted,

                                   MICHAEL J. GARCIA
                                   United States Attorney


                              By:  /s/ Chi T. Steve Kwok
                                   Chi T. Steve Kwok
                                   Assistant United States Attorney
                                   T: (212) 637-2415
                                   F: (212) 637-2527

TO:  Catherine O'Hagan Wolfe
     Clerk of Court
     United States Court of Appeals
     for the Second Circuit
     500 Pearl Street
     New York, New York 10007

     Deirdre D. Von Dornum
     Counsel to Martin Rivlin
     52 Duane Street – 10th Floor
     New York, NY 10007