Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
### United States District Court

_Southern_ District of _New York_

_United States of America_
v.
_Martin Rivlin_

Docket No.: _07 Cr. 524_

_Judge Stein_
(District Court Judge)

FILED JAN 03 2008 S.D. OF N.Y.

Notice is hereby given that _United States of America_ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ___ ], other [ ___ ], _granting the Defendant's motion for a partial dismissal of the Indictment_ (specify)

entered in this action on _Dec. 5, 2007_ (date)

Offense occurred after November 1, 1987    Yes [✓]   No [ ___ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ ___ ]    Conviction and Sentence [ ___ ]

Date _Jan. 3, 2008_

TO
_Deirdre D. Von Dornum_
_52 Duane St – 10th Fl._
_New York, NY 10007_
ADD ADDITIONAL PAGE (IF NECESSARY)

_Chi T. Steve Kwok_
(Counsel for Appellant)

Address _One St. Andrew's Plaza_
_U.S. Attorney's Office_
_New York, NY 10007_

Telephone Number: _212-637-2415_

---

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ___ ] I am ordering a transcript<br>[✓] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings<br>[ ___ ] Trial<br>[ ___ ] Sentencing<br>[ ___ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [ ___ ] Funds [ ___ ]    CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE _[signature]_    DATE _Jan 3, 2008_

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05