# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

John J. Byrnes
*Attorney-in-Charge*

Southern District of New York



RECEIVED

APR 2 5 2008

CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/08

**BY FACSIMILE**

April 25, 2008

Honorable Sidney H. Stein
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

*Def's to leave copies of his plane tickets + contact information with the gov't.*

Re:     **United States v. Martin Rivlin**
        07 Cr. 524 (SHS)

Dear Judge Stein:

I write on behalf of my client, Martin Rivlin, to request a temporary modification of Mr. Rivlin's travel restrictions to permit him to travel to China to participate in an academic conference from May 22 to June 2, 2008 (Conference Invitation Attached). Mr. Rivlin voluntarily surrendered on July 9, 2007, on an Indictment charging him with having committed pension fraud. He was released on his own recognizance. The only restrictions placed on his release were that his passport be in my custody and that he limit his travel to the United States, absent specific permission to travel overseas.

While I understand that travel to China is unusual for a defendant, there is no risk of flight in this case. Mr. Rivlin is a 66-year old U.S. citizen with no criminal history whose entire family lives in the United States. He is enrolled as a graduate student at Columbia University and has a teaching position at CUNY. Indeed, he has to be back in the States on June 2, 2008 so that he can administer a final exam at CUNY on June 4, 2008. Even every penny the Government charged him with to be counted in calculating his Guidelines, Mr. Rivlin still falls in a probationary range. From the start, beginning with the civil action filed against him years ago by the pension fund, Mr. Rivlin has accepted responsibility for his actions, asking only for a fair payment plan, given his indigency. At this time, Mr. Rivlin's case is being held in abeyance pending the Government's interlocutory appeal of this Court's partial dismissal of the Indictment. The Government has indicated that it intends to withdraw the appeal. Once the appeal is formally withdrawn, Mr. Rivlin plans to plead guilty to the portion of the Indictment that remains, and is willing to do so at the Court's convenience. He has no incentive to become a fugitive in order to avoid probation, and his every action has indicated that he will appear in Court

If he is permitted to travel to China, we will provide the Government with copies of his round-trip plane tickets, and his lodging arrangements. He will return his passport to me as soon as he returns to the United States.

4/25/08
So ordered.
[signature]
SHS

Honorable Sidney H. Stein                                    April 25, 2008
U.S. District Judge                                          Page 2
Southern District of New York

### Re:    United States v. Martin Rivlin
         07 Cr. 524 (SHS)

I have spoken to Assistant U.S. Attorney Chi T. Kwok concerning this matter, and he has
indicated that the Government takes no position on Mr. Rivlin's request to travel to China.

Please do not hesitate to contact me should further information be useful. Thank you for
your consideration of this matter. If this request meets with Your Honor's approval, I ask that
this letter be endorsed as an order permitting Mr. Rivlin to travel on the conditions set forth
above.

Respectfully Submitted

Deirdre D. von Dornum
Assistant Federal Defender
Tel.: (212) 417-8767

cc:    A.U.S.A. Chi T. Kwok (via facsimile)

SO ORDERED: 4/24/08

SIDNEY H. STEIN
U.S. DISTRICT JUDGE

# 世界政治经济学学会
## World Association for Political Economy

**April 3, 2008**

Dear MARTIN RIVLIN,

I would like to extend an official invitation to you to attend the third forum of the World Association for Political Economy (WAPE) on *Marxism and Sustainable Development*, to be held on May 24-25, 2008 at Langfang City, China, which will be hosted by the Academy of Marxism, Chinese Academy of Social Sciences (CASS), the School of Economics and Management, Tsinghua University, and the U.S. journal *Nature, Society, and Thought*. The registration date is May 23, 2008.

All the expenses during the conference such as travel, lodging, sightseeing expenses and conference fee will be covered by the participants.

I am greatly looking forward to meeting you at Langfang City, China!

Yours sincerely,

丁 晓钦

Ding Xiaoqin
Deputy Secretary General, WAPE

秘书处地址: 中国上海国定路 777 号教学行政楼 726 室    邮编: 200433
Secretariat: Rm. 726, Teaching & Administrative Building
777 Guoding Rd., Shanghai 200433, P. R. China
电话/Tel: 86-21-28519833   手机/Mobile: 86-13816858233   传真/Fax: 86-21-65903600
电子信箱/E-mail: hpjjx@vip.163.com              网址/Web: www.wape2006.org