

U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08
```

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

May 2, 2008

**BY FACSIMILE**

The Honorable Sidney H. Stein
United States District Judge
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

    Re:   United States v. Martin Rivlin,
            07 Cr. 524

Dear Judge Stein:

        The Government respectfully submits this letter to advise the Court and defense counsel that the Government has withdrawn the appeal in the above-captioned matter after further study of the issues. A stipulation to withdraw the appeal with prejudice, signed by Deirdre Von Dornum, Esq., on behalf of the defendant, and by Assistant United States Attorney Chi T. Steve Kwok, on behalf of the Government, was filed yesterday, May 1, 2008, in the Court of Appeals.

        In light of the defendant's upcoming plans to travel to China (a travel request approved by the Court in an endorsed memorandum dated April 25, 2008) and counsel's trial schedules, the parties respectfully request that a status conference be scheduled during the week of June 9, 2008, at a date and time convenient to the Court.

        [handwritten: 6/10/08] ~~Furthermore, the Government respectfully requests that~~ The time between today and ~~the date of the next status conference be~~ [handwritten: 15] excluded in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will assure the effective assistance of counsel, and will also enable the parties to continue their discussions regarding a possible disposition of this case.

*[handwritten endorsement:] The conference is scheduled for 6/10/08, at 3:30 p.m.*

SO ORDERED 5/2/08

*[signature]*

SIDNEY H. STEIN
U.S.D.J.

The Honorable Sidney H. Stein
May 2, 2008
Page 2

      I spoke with defense counsel this morning, who has no objections to the requests contained in this letter.

      Thank you for Your Honor's consideration.

                          Respectfully submitted,

                          MICHAEL J. GARCIA
                          United States Attorney
                          Southern District of New York

            By: _____
                  Chi T. Steve Kwok
                  Assistant United States Attorney
                  (212) 637-2415

cc:    Deirdre Von Dornum
        *Counsel to Martin Rivlin*