# MANDATE

SDNY-NYNY
07-cr-524
STEIN

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                        :

              Appellant,                        :          STIPULATION

              -v-                                          08-0086-cr

MARTIN RIVLIN,                                  :

              Appellee.                         :

- - - - - - - - - - - - - - - - - - -x

        IT IS HEREBY STIPULATED AND AGREED by and among the
appellant the United States of America, by MICHAEL J. GARCIA,
United States Attorney, Chi T. Steve Kwok, Assistant United
States Attorney, and the appellee Martin Rivlin, by and through
his attorney, Deirdre D. Von Dornum, Esq., that the appeal is
hereby withdrawn with prejudice.

CERTIFIED: 5/22/08

Date: New York, New York
      April 21, 2008

Deirdre D. Von Dornum
Counsel to Martin Rivlin

Date: New York, New York
      April 23, 2008

Chi T. Steve Kwok
Assistant United States Attorney

FOR THE COURT
CATHERINE O'HAGAN WOLFE, CLERK

**SO ORDERED:**

Date

MAY 1 2008
**Date**

FOR THE COURT:
CATHERINE O'HAGAN WOLFE,
By:

Joy Fallek

**Joy Fallek, Administrative Attorney**

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by

DEPUTY CLERK