# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Eastern District
Peter Kirchheimer
*Attorney-in-Charge*



RECEIVED
AUG 2 1 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

August 20, 2008

**BY FACSIMILE**

Honorable Sidney H. Stein
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Martin Rivlin**
     07 Cr. 524 (SHS)

**MEMO ENDORSED**

Dear Judge Stein:

I write on behalf of my client, Martin Rivlin, to respectfully request that the sentencing in this case, which is scheduled for September 10, 2008, be adjourned to October, so that I may have sufficient time to prepare the sentencing submission. Due to an unexpected re-trial and other case matters, I will not be able to do so prior to the scheduled sentencing. If it is possible to schedule this case for a Friday in October (I am scheduled to be in trial the entire month of October, but we are not sitting on Fridays), I would very much appreciate it. Assistant U.S. Attorney Steve Kwok has no objection to this request.

Thank you for your consideration of this request.

Respectfully Submitted

Deirdre D. von Dornum
Assistant Federal Defender
Tel.: (718) 330-1208

cc:  A.U.S.A. Steve Kwok (via facsimile)

*The sentencing is adjourned to Oct. 10, 2008, at 3:30. Defense submissions due 9/26/08, gov't submissions by 10/3/08.*

SO ORDERED 8/21/08

SIDNEY H. STEIN
U.S.D.J.